UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TANAYA MOSS | : | CASE NO. 15-11977 |
| DEBTOR | : | JUDGE DRAKE |

NOTICE OF ASSIGNMENT OF HEARING

**NOTICE IS HEREBY GIVEN** that the hearing on DEBTOR'S OBJECTION TO PROOF OF CLAIM OF UNITED CONSUMER FINANCIAL SERVICES in the above-styled case has been set to 9:20 A.M., on the 14th day of April, 2016 in Second Floor Courtroom, United States Courthouse, 18 Greenville Street, Newnan, Georgia.

SUBMITTED and CONSENTED TO BY:

_____/s/_____
Michael A. Gorove
Harmon & Gorove
1 Jefferson Street
Newnan, GA  30263
770-253-5902

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                          :         CHAPTER 13

TANAYA MOSS                                     :         CASE NO. 15-11977

    DEBTOR                                      :         JUDGE DRAKE


OBJECTION TO PROOF OF CLAIM

Come now the above debtor, Tanaya Moss, by and through her attorney, and objects to the claim of United Consumer Financial Services (hereinafter "Creditor") in the amount of $1,813.51. Debtor shows that the property securing Creditor's claim has been surrendered pursuant to Debtor's Plan, yet Creditor has not amended their claim accordingly. Funding of the claim should cease and the claim should be disallowed.

WHEREFORE, debtor prays that the Court disallow creditors claim in the amount of $1,813.51 and that the Chapter 13 Trustee cease funding the claim until further Order of this Court.

                                                Respectfully submitted,
                                                HARMON & GOROVE


                                                _____/s/_____
1 Jefferson Street                              MICHAEL A. GOROVE
Newnan, GA  30263                               Attorney For Debtor
770/253-5902                                    State Bar No. 302730

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed a true and exact copy of the foregoing Objection to Proof of claim and NOTICE OF ASSIGNMENT OF HEARING thereon to:

Adam Goodman
Chapter 13 Trustee
260 Peachtree Street NW
Suite 200
Atlanta, GA 30303

United Consumer Financial Services
c/o Bass & Associates
Attn: Tyrus Trueblood
3936 E Ft Lowell Ste 200
Tucson, AZ  85712

by placing a copy of same in a properly addressed envelope with sufficient postage to insure delivery and depositing same in the United States Mail.

This 11th day of March, 2016.

HARMON & GOROVE

_____/s/_____
MICHAEL A. GOROVE
Attorney For Debtor